UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| PHILIP LESTER,<br><br>        Plaintiff,<br>   v.<br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security<br>Administration,<br><br>        Defendant.<br>_____ | ) ED CV 12-0356-SH<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

IT IS ADJUDGED that the decision of the Commissioner reversed and remanded for further proceedings pursuant to Sentence 4 of 42 U.S.C. § 405(g).

DATED: September 5, 2012

_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE