UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

PHILIP LESTER, ) ED CV 12-0356-SH
)
        Plaintiff, ) JUDGMENT
  v. )
MICHAEL J. ASTRUE, )
Commissioner of Social Security )
Administration, )
)
        Defendant. )
_____ )

    IT IS ADJUDGED that the decision of the Commissioner reversed and remanded for further proceedings pursuant to Sentence 4 of 42 U.S.C. § 405(g).

DATED: September 5, 2012

                      _____
                      STEPHEN J. HILLMAN
                      UNITED STATES MAGISTRATE JUDGE